# Third District Court of Appeal

## State of Florida

Opinion filed January 20, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1131
Lower Tribunal No. 12-31570
_____

**Robert Hanna,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Ramiro C. Areces, Judge.

Robert Hanna, in proper person.

Ashley Moody, Attorney General, for appellee.

Before SCALES, LINDSEY, and BOKOR, JJ.

PER CURIAM.

Affirmed.